| **MAGISTRATE JUDGE MINUTE ORDER** | **DEPUTY CLERK** | | | | **REPORTER/FTR** | |
|---|---|---|---|---|---|---|
| MAGISTRATE JUDGE | DATE | | | | NEW CASE | CASE NUMBER |

| **APPEARANCES** ||||||||
|---|---|---|---|---|---|---|---|
| DEFENDANT | | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | | PD. RET. APPT. |
| U.S. ATTORNEY | | INTERPRETER || | FIN. AFFT SUBMITTED | | COUNSEL APPT'D |
| PROBATION OFFICER || PRETRIAL SERVICES OFFICER ||| DEF ELIGIBLE FOR APPT'D COUNSEL || PARTIAL PAYMENT OF CJA FEES |

| **PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD _TYPE NH IN TIME FIELD)** |||||
|---|---|---|---|---|
| INITIAL APPEAR / time | PRELIM HRG / time | MOTION / time | JUGM'T & SENTG / time | STATUS / time |
| I.D. COUNSEL / time | ARRAIGNMENT / time | BOND SIGNING / time | IA REV PROB. or S/R / time | BAIL REVIEW / time |
| DETENTION HRG / time | ID/REMOVALHRG / time | CHANGE PLEA / time | PROB. REVOC. / time | SUP REL HRG / time |

| **INITIAL APPEARANCE** ||||
|---|---|---|---|
| ADVISED OF RIGHTS | ADVISED OF CHARGES | NAME AS CHARGED IS TRUE NAME | TRUE NAME: |

| **ARRAIGNMENT** ||||
|---|---|---|---|
| ARRAIGNED ON INFORMATION | ARRAIGNED ON INDICTMENT | READING WAIVED SUBSTANCE | WAIVER OF INDICTMENT FILED |

| **RELEASE** |||||
|---|---|---|---|---|
| RELEASED ON O/R | ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED CASH $ || CORPORATE SECURITY || REAL PROPERTY: |
| MOTION FOR DETENTION | PRETRIAL SERVICES REPORT | DETAINED | RELEASED | DETENTION HEARING AND FORMAL FINDINGS WAIVED | REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF ||||||

| **PLEA** ||||
|---|---|---|---|
| CONSENT ENTERED | NOT GUILTY | GUILTY | GUILTY TO COUNTS: |
| PRESENTENCE REPORT ORDERED | CHANGE OF PLEA | PLEA AGREEMENT FILED | OTHER: |

| **CONTINUANCE** |||||
|---|---|---|---|---|
| TO: | I.D. COUNSEL | BOND ~~SIGNING~~ Set Conditions | STATUS RE: CONSENT ~~Entry~~ | ~~STATUS/TRIALSET~~ Set Date before CW |
| AT: | SUBMIT FINAN. AFFIDAVIT | PRELIMINARY HEARING OR | ~~CHANGE~~ OF PLEA | BAIL REVIEW |
| BEFORE HON. | DETENTION HEARING | ARRAIGN-MENT | MOTIONS | JUDGMENT & SENTENCING |
| TIME WAIVED | TIME EXCLUDABLE UNDER 18 § USC 3161 | IDENTITY/ REMOVAL | PRETRIAL CONFERENCE | PROB/SUP.REL. REV. HEARING |

| **ADDITIONAL PROCEEDINGS** |
|---|
|  |