```
1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KESLIE STEWART (184090)
   Assistant United States Attorney
5
   H.H. (SHASHI) KEWALRAMANI (TXSBN 796879)
6  Assistant United States Attorney

7       1301 Clay Street, Suite 340S
        Oakland, California 94612
8       Telephone: (510) 637-3709
        FAX: (510) 637-3724
9
   Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRE MATTHEWS, et al.,<br><br>Defendant. | No CR 07-00488 CW<br><br>SUBSTITUTION OF ATTORNEYS |

Please take notice that as of August 21, 2007, the Assistant U.S. Attorneys whose names, address and telephone numbers are listed below will be counsel for the government.

///

///

///

1
2
3

Assistant U.S. Attorney KESLIE STEWART and
Assistant U.S. Attorney SHASHI KEWALRAMANI
1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680

4   DATED: August 21, 2007                Respectfully submitted,

5                                         SCOTT N. SCHOOLS
                                          United States Attorney
6
                                          _____/S/_____
7                                         KESLIE STEWART
                                          Assistant United States Attorney
8

9
    DATED: August 21, 2007                Respectfully submitted,
10
                                          SCOTT N. SCHOOLS
11                                        United States Attorney

12                                        _____/S/_____
                                          H.H. (SHASHI) KEWALRAMANI
13                                        Assistant United States Attorney

14

15  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
    "conformed" signature (/S/) within this e-filed document.
16

17
18
19
20
21
22
23
24
25
26
27
28

SUBSTITUTION OF ATTORNEYS - [CR 07-0048 CW ]