UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Diane Skillman**
**Date: 9/5/07**

**Plaintiff:**  United States

**v.**                                                                **No.**  CR-07-00488 CW

**Defendant:**  Bobby Alexander (present - in custody)
           Andre Matthews (present)
           Cory Kautzman (present)
           Alicia Johnson (present)
           Danielle Reyes (present)
           Jerry Green (present)
           Tyhesia Bacon (present)

**Appearances for Plaintiff:**
Keslie Stewart

**Appearances for Defendant:**
Garrick Lew for Bobby Alexander
John Hemann for Andre Matthews
Gail Shifman for Cory Kautzman
John Paul Reichmuth for Alicia Johnson
John Paul Reichmuth spec. app. for Mark Goldrosen for Danielle Reyes
Richard Tamor spec. app. for Michael Hinckley for Jerry Green
Richard Tamor for Tyhesia Bacon

**Speedy Trial Date:**

**Hearing:  Trial Setting (intial app.)**

**Notes:**  This was the initial appearance by defendants before assigned District Judge.  3 defendants are still at large and 1 defendant is in custody in Alaska and needs to be transported by the Marshals.  Government to submit proposed protective orders to defense and defense to sign as soon as possible so discovery can be turned over immediately thereafter.  **Case continued to 9/26/07 at 2:00 p.m. for motions setting.**  Time excluded for effective preparation.  AFPD John Paul Reichmuth to be communications point for defense.

Copies to: Chambers