UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Diane Skillman**
**Date: 1/16/08**

**Plaintiff:**  United States

**v.**                                                         **No.**  CR-07-00488 CW

**Defendant:**   Bobby Alexander (present)
Andre Matthews (not present/in custody)
Cory Kautzman (present)
Alicia Johnson (present)
Danielle Reyes (present)
Tyhesia Bacon (present)
Kenyata Williams (present)
Levi Enriquez (present)
Kelvin Arnold (present)
Ashaki Green (present)

**Appearances for Plaintiff:**
Keslie Stewart

**Appearances for Defendant:**
Mark Goldrosen spec. app. for Garrick Lew for Bobby Alexander
John Hemann for Andre Matthews
Gail Shifman for Cory Kautzman
John Paul Reichmuth for Alicia Johnson
Mark Goldrosen for Danielle Reyes
Mark Goldrosen spec. app. for Richard Tamor for Tyhesia Bacon
Seth Chazin for Kenyata Williams
Laura Robinson for Levi Enriquez
Ismail Ramsey for Kelvin Arnold
Diana Weiss for Ashaki Green

**Speedy Trial Date:**

**Hearing:  Motions Setting**

**Notes:**  Defendant Andre Matthews was not present because he is in state custody; Mr. Hemann to file waiver of appearance.  Counsel close to resolving case.  Any defendant who does not have an agreed upon plea agreement shall file motions by 3/5/08 and notice for hearing on 3/19/08 at 2:00 p.m.; briefing due in accordance with Local Rules.  **Case continued for all defendants to 3/12/08 at 2:00 p.m. for disposition or trial setting.**  Time waived between now and 3/12 for continuity of counsel and effective preparation (without prejudice to Defendant Arnold's speedy trial claim).

Copies to: Chambers