1  MORGAN, LEWIS & BOCKIUS LLP
   JOHN H. HEMANN (SBN 165823)
2  JENNIFER L. RODEN (SBN 253041)
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   E-mail: jhemann@morganlewis.com
5          jroden@morganlewis.com

6  Attorneys for Defendant
   ANDRE MATTHEWS
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10              OAKLAND DIVISION

11 | UNITED STATES OF AMERICA,           | Case No. CR 07-00488 CW |
12 |            Plaintiff,               | **NOTICE OF APPEARANCE** |
13 | vs.                                 |                         |
14 | ANDRE MATTHEWS, BOBBY ALEXANDER, CORY KAUTZMAN, | JUDGE: Honorable Claudia Wilken (OAK) |
15 | ALICIA JOHNSON, DANIELLE REYES,     |        Courtroom 2, 4th Floor |
   | TYHESIA BACON, KENYATA              |        1301 Clay Street |
16 | WILLIAMS, LEVI ENRIQUEZ, KELVIN     |        Oakland, CA 94612 |
   | ARNOLD and ASHAKI GREEN             |                         |
17 |                                     |                         |
18 |            Defendants.              |                         |

19
20
21
22 **TO:   THE CLERK OF THIS COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**
23
24     **NOTICE IS HEREBY GIVEN** that the law firm of Morgan, Lewis & Bockius LLP,
25 Spear Street Tower, One Market, San Francisco, California 94105, telephone: (415) 442-1000,
26 has been retained as the attorney of record for Defendant Andrew Matthews in the above titled
27 action.
28

1  The undersigned respectfully requests that Jennifer L. Roden, email:
2  jroden@morganlewis.com and her assistant, Linda Buda, email: lbud@morganlewis.com, be
3  included via email on the Court's notification of all electronic filings in this action.

5  Dated: March 3, 2008                    MORGAN, LEWIS & BOCKIUS LLP

7                                          By _____/s/_____
8                                               Jennifer L. Roden

                                            Attorney for Defendant
9                                           Andrew Matthews