JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA, 94612
    Telephone: (510) 637-3709
    Facsimile: (510) 637-3724
    Email: Keslie.Stewart@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00488 CW |
| | ) | |
| Plaintiff, | ) | |
| | ) | **PETITION FOR AND WRIT OF** |
| v. | ) | **HABEAS CORPUS** |
| | ) | **AD PROSEQUENDUM** |
| ANDRE MATTHEWS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO:    The Honorable Joseph C. Spero, Magistrate Judge,
          United States District Court, Northern District of California.

      Assistant United States Attorney KESLIE STEWART respectfully petitions this Court to

issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner ANDRE

MATTHEWS, whose place of custody and jailor are set forth in the Writ following. Your

petitioner declares that the prisoner is required as the defendant in the above-entitled matter on

Wednesday, April 9, 2008, at 2:00 p.m. before Honorable Claudia Wilkin (Courtroom No. 2), in

1    the United States District Court for the Northern District of California, Oakland Division, and

2    therefore petitioner respectfully requests that this Court issue the Writ as presented.

3

4    DATED: March 25, 2008                    Respectfully submitted,

5                          _____ JOSEPH P. RUSSONIELLO
                                              United States Attorney
6

7                                                  /s/
8                          _____
                                              KESLIE STEWART
                                              Assistant United States Attorney
9

10   SO ORDERED:

11

12   DATED:                          _____
                                              HONORABLE JOSEPH C. SPERO
13                                            United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Petition for and Writ of Habeas Corpus Ad Prosequendum
CR 07-00488 CW

1

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

2
3

TO:    **FEDERICO ROCHA,** United States Marshal for the Northern District of California; any of his authorized deputies, and the Jailor, Warden or Sheriff of Contra Costa County West County Detention Facility, ATTN: OPERATIONS

4

5

## GREETINGS

6

7

**WE COMMAND** that on Wednesday, April 9, 2008, you have and produce the body of

ANDRE MATTHEWS, DOB 12/22/1973, FBI number 864761PA7, CII number A10083199,

8

and booking number 2008000105, who is in your custody in the hereinabove-mentioned

9

institution, before the United States District Court for the Northern District of California in the

10

courtroom of the Honorable CLAUDIA WILKEN, Courtroom No. 2, at 1301 Clay Street,

11

Oakland California in order that he may appear before the District Court at 2 p.m. on the one-

12

count Indictment that has been filed against him in the above-captioned case, and immediately

13

after the hearing to return him forthwith to the above-mentioned institution;

14

**IT IS FURTHER ORDERED** that should the local or state custodian release from its

15

custody the above-named person, he be immediately delivered and remanded to the United States

16

Marshal and/or his authorized deputies under this Writ.

17

**WITNESS**, the Honorable Joseph C. Spero,  Magistrate Judge of the United States

18

District Court for the Northern District of California.

19

DATED:

20

21

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

22

23

By: _____

24

DEPUTY CLERK

25

26

27

28

Petition for and Writ of Habeas Corpus Ad Prosequendum
CR 07-00488 CW