1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
   KESLIE STEWART (CABN 184090)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA, 94612
       Telephone: (510) 637-3709
7      Facsimile: (510) 637-3724
       Email: Keslie.Stewart@usdoj.gov
8
   Attorneys for Plaintiff
9

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                    OAKLAND DIVISION
13

14
   UNITED STATES OF AMERICA,        )    No. CR 07-00488 CW
15                                  )
           Plaintiff,                )
16                                  )    **PETITION FOR AND WRIT OF**
       v.                           )    **HABEAS CORPUS**
17                                  )    **AD PROSEQUENDUM**
   ANDRE MATTHEWS,                  )
18                                  )
                                    )
19         Defendant.                )
                                    )
20

21
       TO:   The Honorable Joseph C. Spero, Magistrate Judge,
22           United States District Court, Northern District of California.

23
       Assistant United States Attorney KESLIE STEWART respectfully petitions this Court to
24
   issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner ANDRE
25
   MATTHEWS, whose place of custody and jailor are set forth in the Writ following.  Your
26
   petitioner declares that the prisoner is required as the defendant in the above-entitled matter on
27
   Wednesday, April 9, 2008, at 2:00 p.m. before Honorable Claudia Wilkin (Courtroom No. 2), in
28

   Petition for and Writ of Habeas Corpus Ad Prosequendum
   CR 07-00488 CW

1  the United States District Court for the Northern District of California, Oakland Division, and
2  therefore petitioner respectfully requests that this Court issue the Writ as presented.
3
4  DATED: March 25, 2008                    Respectfully submitted,
5                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney
6
7
8                                            /s/
                                             KESLIE STEWART
                                             Assistant United States Attorney
9
10 SO ORDERED:
11
12 DATED:   March 26, 2008
                                             HONORABLE JOSEPH C. SPERO
13                                           United States Magistrate Judge
14

Petition for and Writ of Habeas Corpus Ad Prosequendum
CR 07-00488 CW

| | |
|---|---|
| 1 | **THE PRESIDENT OF THE UNITED STATES OF AMERICA** |
| 2 | TO:   **FEDERICO ROCHA,** United States Marshal for the Northern District of California; any of his authorized deputies, and the Jailor, Warden or Sheriff of Contra Costa County West County Detention Facility, ATTN: OPERATIONS |

**GREETINGS**

**WE COMMAND** that on Wednesday, April 9, 2008, you have and produce the body of ANDRE MATTHEWS, DOB 12/22/1973, FBI number 864761PA7, CII number A10083199, and booking number 2008000105, who is in your custody in the hereinabove-mentioned institution, before the United States District Court for the Northern District of California in the courtroom of the Honorable CLAUDIA WILKEN, Courtroom No. 2, at 1301 Clay Street, Oakland California in order that he may appear before the District Court at 2 p.m. on the one-count Indictment that has been filed against him in the above-captioned case, and immediately after the hearing to return him forthwith to the above-mentioned institution;

**IT IS FURTHER ORDERED** that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

**WITNESS**, the Honorable Joseph C. Spero, Magistrate Judge of the United States District Court for the Northern District of California.

DATED:   March 26, 2008

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _Karen L. How_____
DEPUTY CLERK

Petition for and Writ of Habeas Corpus Ad Prosequendum
CR 07-00488 CW