```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
 3  BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division
 4
    KESLIE STEWART (CABN 184090)
 5  Assistant United States Attorney

 6       1301 Clay Street, Suite 340S
         Oakland, CA, 94612
 7       Telephone: (510) 637-3709
         Facsimile: (510) 637-3724
 8       Email: Keslie.Stewart@usdoj.gov

 9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00488 CW |
| ) | |
| Plaintiff, ) | |
| ) | **PETITION FOR AND WRIT OF** |
| v. ) | **HABEAS CORPUS** |
| ) | **AD PROSEQUENDUM** |
| ANDRE MATTHEWS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

TO:   The Honorable James Larson, Magistrate Judge,
      United States District Court, Northern District of California.

Assistant United States Attorney KESLIE STEWART respectfully petitions this Court to issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner ANDRE MATTHEWS, whose place of custody and jailor are set forth in the Writ following. Your petitioner declares that the prisoner is required as the defendant in the above-entitled matter on Wednesday, April 23, 2008, at 2:00 p.m. before Honorable Claudia Wilkin (Courtroom No. 2), in

Petition for and Writ of Habeas Corpus Ad Prosequendum
CR 07-00488 CW

1  the United States District Court for the Northern District of California, Oakland Division, and
2  therefore petitioner respectfully requests that this Court issue the Writ as presented.

4  DATED: April 17, 2008                    Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney


                                                    /s/
                                            KESLIE STEWART
                                            Assistant United States Attorney


SO ORDERED:

DATED:
                                            _____
                                            HONORABLE JAMES LARSON
                                            United States Magistrate Judge

Petition for and Writ of Habeas Corpus Ad Prosequendum
CR 07-00488 CW

|    |    |
|----|----|
| 1  | **THE PRESIDENT OF THE UNITED STATES OF AMERICA** |
| 2  | TO:   Contra Costa County West County Detention Facility, ATTN: OPERATIONS |
| 3  |    |
| 4  | **GREETINGS** |
| 5  | **WE COMMAND** that on Wednesday, April 23, 2008, you have and produce the body of |
| 6  | ANDRE MATTHEWS, DOB 12/22/1973, FBI number 864761PA7, CII number A10083199, |
| 7  | and booking number 2008000105, who is in your custody in the hereinabove-mentioned |
| 8  | institution, before the United States District Court for the Northern District of California in the |
| 9  | courtroom of the Honorable CLAUDIA WILKEN, Courtroom No. 2, at 1301 Clay Street, |
| 10 | Oakland California in order that he may appear before the District Court at 2 p.m. on the one- |
| 11 | count Indictment that has been filed against him in the above-captioned case, and immediately |
| 12 | after the hearing to return him forthwith to the above-mentioned institution; |
| 13 | **IT IS FURTHER ORDERED** that should the local or state custodian release from its |
| 14 | custody the above-named person, he be immediately delivered and remanded to the United States |
| 15 | Marshal and/or his authorized deputies under this Writ. |
| 16 | **WITNESS**, the Honorable James Larson, Magistrate Judge of the United States District |
| 17 | Court for the Northern District of California. |
| 18 | DATED: |
| 19 |    |
| 20 | CLERK, UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
| 21 |    |
| 22 | By: _____ |
| 23 | DEPUTY CLERK |
| 24 |    |
| 25 |    |
| 26 |    |
| 27 |    |
| 28 |    |

Petition for and Writ of Habeas Corpus Ad Prosequendum
CR 07-00488 CW