UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Starr Wilson, pro tem**
**Date: 4/30/08**

**Plaintiff:** United States

**v.**                                                  **No.** CR-07-00488 CW

**Defendant:** Andre Matthews (present - in custody)

**Appearances for Plaintiff:**
Keslie Stewart

**Appearances for Defendant:**
Jonathan DeGooyer for John Hemann

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

**Hearing: Disposition or Trial Setting**

**Notes:** Defendant has proposed plea agreement, but there have been some recent developments that may require changes to plea. **Case continued to 5/7/08 at 2:00 p.m. for disposition or trial setting.** Time excluded for continuity of counsel.

Copies to: Chambers