UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
MAY - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

The Honorable Claudia Wilken, Presiding
Clerk: Sheilah Cahill
Court Reporter: Raynee Mercado
Date: 5/7/08

**Plaintiff:** United States

v.                                              No. CR-07-00488 CW

**Defendant:** Andre Matthews (present - in custody)


**Appearances for Plaintiff:**
Keslie Stewart

**Appearances for Defendant:**
John Hemann

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**

**Hearing: Change of Plea**

**Notes:** Defendant enters under oath Rule 11(c)(1)(C) plea of guilty to the single count indictment charging conspiracy to unlawfully transfer and use a means of identification of another in violation of 18 USC 1028(f). Plea Agreement filed. Court finds factual basis for plea; Court accepts plea. PSR requested. **Sentencing set for 7/23/08 at 2:00 p.m.**

Copies to: Chambers; probation