UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
MAY - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number _CR-07-00488CW_

Defendant's Name _Andre Matthews_

Defense Counsel _John Hemann_

Referral Date _5/7/08_

Sentencing Date _7/23/08 @ 2:00 p.m._

**NOTICE TO DEFENSE COUNSEL**

The Court has directed that a   _X_ Presentence Investigation

_____ Pre-Plea Report

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S, before leaving the Courthouse today</u> to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: ___SHEILAH CAHILL___
Deputy Clerk

for use of Courtroom Deputies:

Is defendant in custody:  _yes_

Is defendant English-speaking?  _yes_

cc: U. S. Probation