GAIL SHIFMAN
Shifman Group, Attorneys
44 Montgomery Street, Ste. 3850
San Francisco, CA 94104
Tel: (415) 551-1500
Fax: (415) 551-1502


Attorneys for Defendant
CORY KAUTZMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
--oOo--

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 07-0488 CW |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING DATE |
| CORY KAUTZMAN, | |
| Defendants. | |

_____/

    The parties hereby stipulate that the sentencing hearing

date of July 23, 2008 shall be vacated and continued until August

13, 2008 at 2:00 p.m.

Dated: July 22, 2808              Dated: July 22, 2008

    /S/                              /s/  (w/consent)
_____         _____
GAIL SHIFMAN                     KESLIE STEWART
Attorney for Defendant           Assistant U.S. Attorney
CORY KAUTZMAN


IT IS SO ORDERED.

Dated: July _____, 2008

                                 _____
                                 CLAUDIA WILKEN
                                 DISTRICT COURT JUDGE

1