1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CSBN 202121)
3  Acting Chief, Criminal Division

4  KESLIE STEWART (CSBN 184090)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      San Francisco, California 94612
       Telephone: (510) 637-3680
7      Facsimile: (510) 637-3724
       E-Mail: Keslie.Stewart@usdoj.gov
8
   Attorneys for the United States of America
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,        )    No. CR 07-0488-CW
                                     )
15          Plaintiff,               )
                                     )    STIPULATION AND [PROPOSED]
16      v.                           )    ORDER RE CONTINUANCE
                                     )
17  ANDRE MATTHEWS,                  )
                                     )
18                                   )
            Defendant.               )
19  _____)

20

         This matter is currently scheduled for sentencing on September 3, 2008.  The defendant,
21
    as part of his plea agreement, agreed to provide assistance to the government in this matter in
22
    exchange for a possible motion for a downward departure pursuant to U.S.S.G. § 5K1.1.
23
    Because his cooperation is on-going, the parties hereby stipulate and jointly request that the
24
    / / /
25
    / / /
26
    / / /
27
    / / /
28

    STIP. RE CONTINUANCE
    CR 07-0488-CW

1  sentencing be continued to November 12, 2008, or as soon thereafter as the Court is available.

2  The Probation Officer does not object to this continuance.

3

4

5  SO STIPULATED.

6                                        JOSEPH P. RUSSONIELLO

7                                          United States Attorney

8

9  Dated:    8/27/08                       /s/

                                        KESLIE STEWART

10                                          Assistant United States Attorney

11

12  Dated:  8/27/08                        /s/

                                        JENNIFER L. RODEN

13                                          Attorney for Defendant

14

15

16  SO ORDERED.

17

18  Dated:                                          THE HON. CLAUDIA WILKEN

19                                          United States District Court

20

21

22

23

24

25

26

27

28

STIP. RE CONTINUANCE
CR 07-0488-CW