JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

KESLIE STEWART (CSBN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   San Francisco, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: Keslie.Stewart@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>ANDRE MATTHEWS,<br>    Defendant. | No. CR 07-0488-CW<br><br>STIPULATION AND ORDER RE CONTINUANCE |

This matter is currently scheduled for sentencing on September 3, 2008. The defendant, as part of his plea agreement, agreed to provide assistance to the government in this matter in exchange for a possible motion for a downward departure pursuant to U.S.S.G. § 5K1.1. Because his cooperation is on-going, the parties hereby stipulate and jointly request that the

///
///
///
///

STIP. RE CONTINUANCE
CR 07-0488-CW

sentencing be continued to November 12, 2008, or as soon thereafter as the Court is available. The Probation Officer does not object to this continuance.

SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated:   8/27/08

/s/
KESLIE STEWART
Assistant United States Attorney

Dated:   8/27/08

/s/
JENNIFER L. RODEN
Attorney for Defendant

SO ORDERED.

8/29/08

Dated:

*[signature: Claudia Wilken]*

THE HON. CLAUDIA WILKEN
United States District Court

STIP. RE CONTINUANCE
CR 07-0488-CW